

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06-CR-0130 HTW JCS

JAMES McKINLEY

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, **JAMES McKINLEY**, without prejudice.

This, the 12th day of February, 2007.

>                      DUNN LAMPTON
>                      United States Attorney
>
>                      /s/Dave Fulcher
>              By:     DAVE FULCHER
>                      Assistant United States Attorney
>                      Mississippi Bar No.: 10179

Leave of Court is granted for the filing of the foregoing dismissal of the Criminal Indictment.

ORDERED this 20th day of February, 2007.

>                      _____
>                      HONORABLE HENRY T. WINGATE
>                      CHIEF UNITED STATES DISTRICT JUDGE